[No. 33223-6-I.   Division One.   December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-8-00896-3, Jim Bates, J., entered August 6, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Agid, JJ.

[No. 33382-8-I.   Division One.   December 11, 1995.]

BISMARK, INC., *Appellant*, v. CHRIS DEMOPOLIS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-07798-0, Maurice Epstein, J. Pro Tem., entered September 24, 1993. *Reversed* by unpublished per curiam opinion.

[No. 33525-1-I.   Division One.   December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVER MENARD WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-02683-4, Ricardo S. Martinez, J., entered September 20, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Cox, JJ.

[No. 33929-0-I.   Division One.   December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELLE RICHARD JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-05417-0, James D. McCutcheon, J., entered December 27, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.